# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:20cr107 |
| Plaintiff, | : | JUDGE WALTER H. RICE |
| v. | : | |
| RONALD HOWE, JR. | : | |
| Defendant. | : | |

## ENTRY RELEASING DEFENDANT FROM CUSTODY TO REPORT TO FULL CIRCLE RECOVERY CENTER FOR INPATIENT TREATMENT

Defendant Ronald Howe, Jr. is to be released from the Shelby County Jail on July 2, 2021, at 8:30 a.m., to be transported by his wife, Christy Stephens, directly to Full Circle Recovery Center, located at 4977 Northcutt Place, Dayton, Ohio 45414, for inpatient residential treatment. He is to arrive at the Full Circle Recovery Center in ample time for his 10:00 a.m. intake procedure. Upon release from inpatient treatment, defendant shall immediately contact United States Probation Officer, Amy Shamp.

July 1, 2021

(tp - per Judge Rice authorization after his review)

WALTER H. RICE
UNITED STATES DISTRICT JUDGE

cc: Counsel of record
 United States Marshals Office
 Amy Shamp